UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID L. BELMONTE, a/k/a Dameas Shiruk Duranzan, <br><br> Plaintiff, <br><br> v. <br><br> KING COUNTY, *et al.*, <br><br> Defendants. | Case No. C24-1764-RAJ <br><br> ORDER DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) This action is DISMISSED without prejudice for failure of Plaintiff to satisfy the filing fee requirement.

//

//

//

ORDER DISMISSING ACTION - 1

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

DATED this 29th day of January, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING ACTION - 2