UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID L. BELMONTE,<br>a/k/a Dameas Shiruk Duranzan,<br><br>      Plaintiff,<br><br> v.<br><br>KING COUNTY, *et al.*,<br><br>      Defendants. | Case No. C24-1764-RAJ<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, hereby ORDERS:

 (1) The Report and Recommendation is approved and adopted.

 (2) Plaintiff's complaint (dkt. # 22) and this action are DISMISSED, without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B).

//

ORDER DISMISSING ACTION
PAGE - 1

//

//

//

  (3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

  DATED this 10th day of September, 2025.

                    _____
                    The Honorable Richard A. Jones
                    United States District Judge

ORDER DISMISSING ACTION
PAGE - 2